Case 1:23-cv-07224-NGG-PK   Document 13   Filed 12/27/23   Page 1 of 2 PageID #: 42



Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

December 27, 2023                                                                 File No. 29649.1550

**VIA ECF**
Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Martinez v. Restore Franchising, LLC*
                Case No. 1:23-cv-7224-NGG-PK

Dear Judge Garaufis:

      As counsel for Defendant, I write to address the parties' settlement and to present the parties' joint request for judicial approval of the Consent Decree enclosed herewith.

      Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, the New York State Human Rights Law, the New York State Civil Rights Law, and the New York City Human Rights Law. While Defendant does not admit liability, we have reached an early settlement with plaintiff individually in order to avoid the cost and inconvenience of litigation and to address the issues raised by this action in a mutually acceptable fashion. We hereby request that the Court so-order the Consent Decree, which has been fashioned as a reasonable resolution of the plaintiff's claims.

      The enclosed Consent Decree "(1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin,* 871 F.2d 241, 244 (2d Cir. 1989) (internal bracketing omitted) (citing *Local Number 93, Int'l Ass'n of Firefighters v. City of Cleveland,* 478 U.S. 501, 525 (1986)); *accord, Crosson v. Popsockets LLC,* No. 19-cv-200 (CBA)(LB), 2019 WL 6134416, at *2 (E.D.N.Y. Oct. 8, 2019), *adopted by* 2019 WL 6134153 (Nov. 19, 2019); *Riverkeeper, Inc. v. MLV Concrete Inc.,* No. 14-cv-3762 (LDH)(PK), 2017 WL 3172897, at *2 (E.D.N.Y. June 26, 2017), *adopted by* 2017 WL 3172859 (July 25, 2017). S*ee also, Figueroa v. Arhaus, LLC*, No. 18 Civ. 10491 (GWG) (S.D.N.Y. Feb. 20,

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
133530298.1

Hon. Nicholas G. Garaufis
December 27, 2023
Page 2

2019) (DE 16) (applying the above standard in another ADA website action to approve a consent decree in an action between private parties).

Additionally, the Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. Duplicative suits have been a recurring problem in similar matters handled by my law firm and other attorneys defending these matters around the country.

My firm has resolved many very similar ADA website class actions in this Court and in other districts via virtually identical consent decrees. Your Honor previously granted a consent decree in *Fischler v. Azlo Business, Inc.*, EDNY, 20-cv-05216 (NGG), January 4, 2021 (DE 11). Prior matters in which other E.D.N.Y. judges approved similar consent decrees include *Martinez v. FKA Distributing Co. LLC*, EDNY, 19-cv-00035 (RJD), April 29, 2019 (DE 10), *Dennis v. Madcadi Inc.*, 18-cv-07114 (KAM), June 24, 2019 (DE 18), *Fischler v. Greystar Worldwide LLC,* 18-cv-04049 (VMS), July 17, 2019, *Olsen v. Mandarin Oriental (New York) Inc.,* 18-cv-06850 (ST), September 3, 2019, *Fischler v Hub Associates, LLC*, 18-cv-7000 (NG)(CLP), September 11, 2019 (DE 19), *Kiler v. Keith McCurdy LLC,* EDNY, 19-cv-03472 (AMD)(ST), October 17, 2019 (DE 11), *Panarese v. Museum of Modern Art*, 19-cv-03899 (DRH)(ARL), October 31, 2019 (DE 11), *Rodriguez v. 166, Inc.,* 20-cv-03206 (RPK)(SJB), September 22, 2020, *Conner v. EMJ Apparel Group*, 20-cv-03062 (VMS), November 12, 2020, *Dawkins v. Golden Krust Caribbean Bakery, Inc.*, 22-cv-01223 (EK), EDNY, November 15, 2022 (DE 22); *Hwang v. Ulla Johnson, Inc.*, EDNT, 1:23-cv-2952 (NRM), August 22, 2023, (DE 13),  *Iskhakova v. Iris Studios*, EDNY, 23-cv-03020 (PKC), August 29, 2023 (DE 12), *Clement v. CFA, LLC et al*, EDNY, 23-cv-03466 (LDH), August 29, 2023 (DE 12), and *Clement v. Bitterman & Sons*, EDNY, 23-cv-02498 (FB), October 31, 2023 (DE 16).

We respectfully request that Your Honor approve the enclosed Consent Decree for all of the reasons identified above.

Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:  Counsel for Plaintiff (via ECF)